# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) ) ) ) ) ) ) ) | 23-610 L<br><br>Sub-Master Docket No. 17-9002L |
| THIS DOCUMENT RELATES TO:<br><br>ALL DOWNSTREAM CASES |  |  |

### PLAINTIFF'S SHORT-FORM COMPLAINT

By submitting this document, Plaintiff(s) adopts (adopt) and incorporates (incorporate) by reference the Consolidated and Amended Downstream Master Complaint (ECF No. 23) filed in the above-styled Sub-Master Docket on January 16, 2018, and all subsequent amendments to that Complaint. The Plaintiff's Short-Form Complaint is deemed Plaintiff's Original Complaint if it is plaintiff's original pleading and must be filed as a new complaint through the Court's CM/ECF system.

1. Name of Plaintiff(s):  **Jan Roe**

2. Location by address of Plaintiff(s) property subject to Plaintiff(s) allegations of a Fifth Amendment taking without just compensation as a result of Addicks/Barker reservoir releases:  **12625 Memorial Drive, # 39, Houston, Texas 77024**

   a. Tax number for identified property:  **1065780030003**

   b. Real property interest possessed by Plaintiff(s) alleged to have been taken:

   Ownership (i.e., fee simple)  __X__   Leasehold _____   Other _____

   c. Manner of alleged taking of the property interest(s) listed in paragraph 2(b) above:

   Temporary _____ Permanent _____ Both __X__

3. Type of property alleged to have been taken:

Real Property _____ Personal Property _____ Both __X____

4. Pro Se Plaintiff or Plaintiff(s) Counsel(s) signature block.

Respectfully Submitted,

POTTS LAW FIRM, LLP

*/s/ Derek H. Potts*
Derek H. Potts
Texas Bar No. 24073727
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
713-963-8881 Telephone
713-583-5388 Facsimile
dpotts@potts-law.com

**CERTIFICATE OF SERVICE**

The undersigned certifies a true and correct copy of the foregoing document was forwarded to all known users in this case through the Court's E-file system on this the 28th day of April, 2023.

*/s/ Derek H. Potts*
Derek H. Potts